[No. 46099-8-II.  Division Two.  September 15, 2015.]

ROCHELLE TRAN, *Appellant*, v. VICTORIA GALLARDO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-10839-4, Gerald T. Costello, J., entered March 3, 2014. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46330-0-II.  Division Two.  September 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DELISLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01448-7, Daniel L. Stahnke, J., entered July 10, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Maxa and Lee, JJ.

[No. 46399-7-II.  Division Two.  September 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BECKIE L. COREY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00506-9, Amber L. Finlay, J., entered June 16, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 29033-6-III.  Division Three.  September 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON GENE STAFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01019-1, C. James Lust, J., entered May 6, 2010. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.